

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2023

No. 04-22-00460-CV

**MILLSWORTH ENTERPRISES, LLC** and Bo Fontana,
Appellant

v.

**TEXAS FIRST RENTALS, LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI04865
Honorable Tina Torres, Judge Presiding

# O R D E R

Appellee's brief originally was due on December 14, 2022. Appellee has been granted one previous extension until January 13, 2023. On January 18, 2023, appellee filed a second unopposed motion requesting an additional thirty days.

The motion is GRANTED, and appellee is ORDERED to file its brief **no later than February 13, 2023**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court